JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

***ORDER E-FILED 4/16/2008***

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALI J. ABDILLE,<br><br>   Plaintiff,<br><br>   v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, MICHAEL B. MUKASEY; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, FRANCIS D. SICILIANO, Field Office Director for San Jose Field Office; and ROBERT S. MUELLER, Director of Federal Bureau of Investigation;<br><br>   Defendants. | No. C 08-0922 HRL<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about February 13, 2008, and Defendants' response is due on April 15, 2008.

2. Pursuant to this Court's February 13, 2008 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on May 27, 2008, and attend a case management conference on June 3, 2008.

Stipulation for Extension
C 08-0922 HRL

1  3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | May 20, 2008 |
| Last day to file Joint ADR Certification: | May 27, 2008 |
| Last day to file/serve Joint Case Management Statement: | June 10, 2008 |
| Case Management Conference: | June 17, 2008, at 1:30 p.m. |

Date: April 15, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: April 15, 2008                    _____/s/_____
GERI N. KAHN
JACQUELYN MARUHASHI
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 16, 2008                    _____
HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation for Extension
C 08-0922 HRL