JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

***ORDER E-FILED 5/23/2008***

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALI J. ABDILLE,<br><br>    Plaintiff,<br><br>    v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, MICHAEL B. MUKASEY; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, FRANCIS D. SICILIANO, Field Office Director for San Jose Field Office; and ROBERT S. MUELLER, Director of Federal Bureau of Investigation;<br><br>    Defendants. | No. C 08-0922 HRL<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

Stipulation for Dismissal
C 08-0922 HRL

Each of the parties shall bear their own costs and fees.

Date: May 20, 2008                                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: May 20, 2008                                    GERI N. KAHN
JACQUELYN MARUHASHI
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 23, 2008                                  _____
HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Dismissal
C 08-0922 HRL