| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO, CSBN 44332<br>    United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>    Assistant United States Attorney<br>3  Chief, Civil Division<br>    ILA C. DEISS, NY SBN 3052909<br>4  Assistant United States Attorney | **\*ORDER E-FILED 5/23/2008\*** |

5  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6  Telephone: (415) 436-7124
    FAX: (415) 436-7169

7
    Attorneys for Defendants
8
                            UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                   SAN JOSE DIVISION
11

12  ALI J. ABDILLE,                              )
                                                 )   No. C 08-0922 HRL
13                    Plaintiff,                 )
                                                 )
14           v.                                  )
                                                 )   **STIPULATION TO DISMISS; AND**
15  Department of Homeland Security, MICHAEL     )   **[PROPOSED] ORDER**
    CHERTOFF, Secretary; U.S. Attorney General,  )
16  MICHAEL B. MUKASEY; United States            )
    Citizenship and Immigration Services, EMILIO )
17  T. GONZALEZ; United States Citizenship and   )
    Immigration Services, ALFONSO AGUILAR,       )
18  Chief; United States Citizenship and         )
    Immigration Services, FRANCIS D. SICILIANO,  )
19  Field Office Director for San Jose Field Office; )
    and ROBERT S. MUELLER, Director of Federal   )
20  Bureau of Investigation;                     )
                                                 )
21                    Defendants.                )
                                                 )

22       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24  action without prejudice in light of the fact that the United States Citizenship and Immigration

25  Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

26  within 30 days of the dismissal of this action.

27  ///

28  ///

Stipulation for Dismissal
C 08-0922 HRL

1  Each of the parties shall bear their own costs and fees.

2  Date: May 20, 2008                              Respectfully submitted,

3                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
4

5                                                  _____/s/_____
                                                   ILA C. DEISS[1]
6                                                  Assistant United States Attorney
                                                   Attorneys for Defendants
7

8
                                                   _____/s/_____
9  Date: May 20, 2008                              GERI N. KAHN
                                                   JACQUELYN MARUHASHI
10                                                 Attorneys for Plaintiff

11
                                **ORDER**
12
   Pursuant to stipulation, IT IS SO ORDERED.
13

14 Date:   May 23, 2008
                                                   _____
15                                                 HOWARD R. LLOYD
                                                   United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26
   _____
27
   [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28 indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Dismissal
C 08-0922 HRL